IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CALVIN MCCOY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CRITEREOM, LLC, et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:17-cv-4815-TCB |

**ORDER**

The parties having settled during mediation, the Clerk is directed to administratively close this case. The parties shall file a dismissal upon finalization of the settlement. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

IT IS SO ORDERED this 12th day of April, 2018.

_____
Timothy C. Batten, Sr.
United States District Judge

---

[1] Administratively closing a case is a docket-control device used by the Court for statistical purposes. The parties need file a motion to reopen the case only if settlement negotiations fail. This Order will not prejudice the rights of the parties to this litigation in any manner.