IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CALVIN MCCOY, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 1:17-cv-4815-TCB |
| CRITEREOM, LLC, et al., | ) | |
| Defendants. | ) | |

**ORDER**

This is an action alleging unpaid wages and related claims pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., ("FLSA").  Pursuant to 29 U.S.C. § 216(b), the compromise of FLSA claims requires approval by the Court when the payment is not made through the Department of Labor.  *See Lynn's Food Stores v. United States*, 679 F.2d 1350 (11th Cir. 1982).  Therefore, the Parties are seeking this Court's approval of the settlement pertaining to the Plaintiff's FLSA claims.

The Court has reviewed the Settlement Agreement and concludes that the terms of the Settlement Agreement are fair and reasonable.  The Court further concludes that the amount for costs and attorneys' fees is reasonable.  Therefore, this

Court hereby **APPROVES** the Settlement Agreement.  This action is hereby **DISMISSED WITH PREJUDICE**, with costs and fees to be paid pursuant to the Settlement Agreement or otherwise borne by the parties on their own. The Court shall retain jurisdiction over the action to enforce the terms of the Settlement Agreement.

    SO ORDERED, This _____ day of _____, 2018.

_____
TIMOTHY C. BATTEN
UNITED STATES DISTRICT JUDGE